Form PL262 (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Scungio Borst and Associates LLC )   Case No. 22-10609-amc
　　　　Debtor(s) )   Chapter 11
 )
Stephen J. Scherf, SBA Plan Trust Administrator of )
SBA Plan Trust )
　　　　Plaintiff )   Adversary No. 24-00021-amc
 )
v. )
 )
Corporate Interiors Inc. )
Defendant

25-68

## DEFAULT JUDGMENT

Before Judge Ashely M. Chan

　　AND NOW, in accordance with Request for Entry of Default Judgment, against Defendant, Corporate Interiors Inc. it is

　　ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust, in the amount of Fifty four thousand seventy nine dollars and forty one cents ($54,079.41), plus costs in the amount of Three hundred fifty dollars and zero cents ($350.00) for a total of Fifty four thousand four hundred twenty nine dollars and forty one cents ($54,429.41) sum certain.

Date: May 23, 2024

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court

FILED 2025 FEB 10 PM 12: 52 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

A TRUE COPY CERTIFIED
TO FROM THE RECORD
DATED: 9-24-24
ATTEST:
Deputy Clerk
U.S. Bankruptcy Court