B2650 (Form 2650) (12/15)

# United States Bankruptcy Court

25-68

Eastern District Of Pennsylvania

In re Scungio Borst and Associates LLC,
Debtor

Case No. 22-10609-AMC

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,
Plaintiff

Chapter 11

v.
Corporate Interiors Inc.,
Defendant

Adv. Proc. No. 24-00021-AMC

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on May 23, 2024 as it appears in the records of this court, and that:
(date)

☒ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
(name of court)            (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

9-24-2024
Date

Clerk of the Bankruptcy Court

By: Marie Kalohi
Deputy Clerk