

25-68

**Leslie B. Spoltore, Esquire**
Direct Dial: 302-328-6947
leslie.spoltore@obermayer.com
www.obermayer.com

**Obermayer Rebmann Maxwell & Hippel, LLP**
**Attorneys at Law**
123 Justison Street, Suite 100
Wilmington, Delaware 19801



February 7, 2025

**VIA FEDERAL EXPRESS**
Office of the Clerk
United States District Court
844 North King St. Unit 18
Wilmington, DE 19801-3570

RE: **Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust v. Corporate Interiors Inc., Adv. Proc. No. 24-00021-AMC (Bankruptcy Court of E.D.Pa)**

Dear Sir or Madam,

This firm represents Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust ("Scherf"), the plaintiff in the above-captioned action that was venued in the Bankruptcy Court for the Eastern District of Pennsylvania. On May 23, 2024, the Clerk of the Court entered default judgment in favor of Scherf and against defendant, Corporate Interiors Inc. in the amount of $54,429.41. Enclosed, please find the Clerk's Certification of Judgment to be Registered in Another District, accompanied by the Clerk's Exemplification Certificate. Also enclosed is our firm's check in the amount of $52.00 as payment of the filing fee associated with registering this foreign judgment.

Kindly accept the enclosed certification for filing of the judgment in the U.S. District Court for the District of Delaware.

Very Truly Yours,

/s/ Leslie B. Spoltore

LESLIE B. SPOLTORE, ESQUIRE

LBS/cms

Enclosures

4918-2897-0007 v1-2/7/25