B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Pennsylvania__

In re: Scungio Borst & Associates, LLC

Debtor

Case No. 22-10609 (AMC)

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,

    Plaintiff,

v.

Corporate Interiors Inc.,

    Defendant.

Adversary No. 24-00021 (AMC)

25 - 68

## EXEMPLIFICATION CERTIFICATE

I, __Timothy McGuittie__, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Clerk's Order of Default Judgment Against Defendant, Corporate Interiors, Inc. in the amount of $54,429.41

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at __Philadelphia__, in the State of __Pennsylvania__, this __18th__ day of __September, 2024__.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

I, __Ashely Chan__, bankruptcy judge for this district certify that __Timothy McGuittie__ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

9/18/24
Date

_____
Bankruptcy Judge

I, __Timothy McGuittie__, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable __Ashely Chan__ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
In testimony of this statement, I sign my name, and affix the seal of the court at __Philadelphia__, in the State of __Pennsylvania__, this __19th__ day of __September, 2024__.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

Generated: Sep 20, 2024 3:08PM    Page 1/1



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 20, 2024 3:08PM

Obermayer Rebmann Maxwell & Hippell LLp
Centre Square 34th Floor
1500 Market Street
Philadelphia , PA 19102

| Rcpt. No: 20000804 | | Trans. Date: Sep 20, 2024 3:08PM | | | Cashier ID: #YR |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| ANN | Ancillary Procee | 24-00021-amc | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #25587 | 09/19/2024 | | $52.00 |
| | | | Total Due Prior to Payment: | | $52.00 |
| | | | Total Tendered: | | $52.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Judge:** amc **Case:** 24-00021-amc

**Debtor:** Stephen J. Scherf, SBA Plan Trust Administrator of v. Corporate Interiors Inc.

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Generated: Sep 16, 2024 3:35PM | Page 1/1



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 16, 2024 3:35PM

Obermayer Rebmann Maxwell & Hippell LLP
Centre Square 34th Floor
1500 Market Street
Philadelphia, Pa 19102

Rcpt. No: 20000777 | Trans. Date: Sep 16, 2024 3:35PM | Cashier ID: #DR

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| EX | Exemplification | 24-00021-amc | 1 | 24.00 | 24.00 |
| CE | Certification $1 | | 1 | 12.00 | 12.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | CHECK | #25546 | 09/16/2024 | $36.00 |

Total Due Prior to Payment: $36.00
Total Tendered: $36.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Judge:** amc **Case:** 24-00021-amc

**Debtor:** Stephen J. Scherf, SBA Plan Trust Administrator of v. Corporate Interiors Inc.

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.