

```
ORIGIN ID:MUVA    (215) 665-3292        SHIP DATE: 07FEB25
COLEEN SCHMIDT                          ACTWGT: 0.50 LB
OBERMAYER REBMANN MAXWELL ETAL          CAD: 105010039/INET4535
1500 MARKET STREET
SUITE 3400 WEST
PHILADELPHIA, PA 19102                  BILL SENDER
UNITED STATES US
TO  OFFICE OF THE CLERK
    UNITED STATES DISTRICT COURT
    844 NORTH KING ST.
    UNIT 18
    WILMINGTON DE 19801
(302) 573-6170            REF: 100199.0002
INV:
PO:                       DEPT:
```



**FedEx Express**

TRK# 7719 4199 9669     MON - 10 FEB 5:00P
                        STANDARD OVERNIGHT

**17 ZWIA**                      19801
                        DE-US   PHL

744-8055FL

◄ Insert shipping
   document here.


